Jonathan A. Stieglitz, Esq.
(SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 800
Los Angeles, California 90064
Telephone:   (323) 979-2063
Facsimile:    (323) 488-6748

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

Samantha Rodriguez, individually and on behalf of all others similarly situated;

Against

Caine and Weiner Company, Inc.

Case No.: 2:20-cv-8461

**NOTICE OF SETTLEMENT**

Notice is hereby given that the Plaintiff, Samantha Rodriguez, by and through his attorneys, The Law Offices of Jonathan A. Stieglitz, and the Defendant, have settled this matter.  The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

Respectfully Submitted,

DATED:  December 25, 2020          THE LAW OFFICES OF JONATHAN A.
                                  STIEGLITZ

                                  By:    */s/Jonathan A. Stieglitz*
                                         Jonathan A. Stieglitz
                                         Attorneys for Plaintiff
                                         Samantha Rodriguez

## Certificate of Service

I hereby certify that on this date, I electronically filed this Notice of Settlement using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.


                                  */s/ Jonathan A. Stieglitz*
                                  Jonathan A. Stieglitz, Esq.