Jonathan A. Stieglitz, Esq.
(SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 800
Los Angeles, California 90064
Telephone:   (323) 979-2063
Facsimile:    (323) 488-6748

Attorney for Plaintiff
Samantha Rodriguez

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
### Western Division

| | |
|---|---|
| Samantha Rodriguez, individually and on behalf of all others similarly situated;<br>Against<br><br>Caine and Weiner Company, Inc.. | Case No.: 2:20-cv-8461<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**[FRCP Rule 41(a)(1)(A)(ii)]**<br><br>Complaint Filed:  September 16, 2020 |

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of

dismissal with prejudice may be entered in the above entitled action pursuant hereto.

     Undersigned counsel represents that he is fully authorized by his client to enter into this Voluntary Dismissal with Prejudice.

                       Respectfully Submitted,

DATED January 5, 2021     THE LAW OFFICES OF JONATHAN A. STIEGLITZ

                       By:   */s/Jonathan A. Stieglitz*
                              Jonathan A. Stieglitz
                              Attorneys for Plaintiff
                              Samantha Rodriguez